FILED
CLERK, U.S. DISTRICT COURT

February 27, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calkins* DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MÓNICA RAMÍREZ ALMADANI | ORDER OF THE CHIEF JUDGE<br>**24-043**<br><br>Amending Order 24-039 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani and Order of the Chief Judge No. 24-039 filed February 23, 2024, case 2:24-cv-00521-SVW-JCx, *Gonzalez v. Lotus Slipper, Inc. et all,* was transferred from the calendar of Judge Stephen V. Wilson to the calendar of Judge Mónica Ramírez Almadani. In the interim, the case has closed.

Accordingly, IT IS ORDERED that the transfer of case 2:24-cv-00521-SVW-JCx to Judge Mónica Ramírez Almadani is hereby vacated and returned to the calendar of Judge Stephen V. Wilson.

IT IS HEREBY ORDERED that 2:24-cv-00474-SVW-Ex, *Artis-Ray Cash v. LVNV Funding LLC et al.*, be transferred from the calendar of Judge Stephen V. Wilson to the calendar of Judge Mónica Ramírez Almadani.

On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 27, 2024

_____
Chief Judge Philip S. Gutierrez